UNITED STATES, Appellee

v

WILLIAM LEWIS POPE, Personnelman Seaman, U. S. Navy, Appellant

11 USCMA 520, 29 CMR 336

No. 14,032

Decided June 10, 1960

*Lieutenant Martin Drobac, Jr.*, USNR, was on the brief for Appellant, Accused.

*Captain Warren C. Kiracofe*, USN, was on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The decision of the board of review as to the sentence is set aside and the record of trial is returned to The Judge Advocate General of the Navy for submission to the board of review for reconsideration of the sentence. United States v Green, 11 USCMA 478, 29 CMR 294.

Judge FERGUSON concurs.

Judge LATIMER dissents.